**No. 10-6945. Ernest Miller, Petitioner v. California.**

562 U.S. 1128, 131 S. Ct. 909, 178 L. Ed. 2d 740, 2011 U.S. LEXIS 516.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of California dismissed. See Rule 39.8.

**No. 10-6947. Donny Joel Harvey, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 1129, 131 S. Ct. 910, 178 L. Ed. 2d 740, 2011 U.S. LEXIS 202.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.

**No. 10-6955. Joe Daniel Holt, Jr., Petitioner v. Gary Hetzell, Warden, et al.**

562 U.S. 1129, 131 S. Ct. 910, 178 L. Ed. 2d 740, 2011 U.S. LEXIS 588.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8.

**No. 10-6956. Marvin Harris, Petitioner v. G. Brooks, et al.**

562 U.S. 1129, 131 S. Ct. 910, 178 L. Ed. 2d 740, 2011 U.S. LEXIS 443.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 10-6961. Ernest Miller, Petitioner v. California.**

562 U.S. 1129, 131 S. Ct. 911, 178 L. Ed. 2d 740, 2011 U.S. LEXIS 209.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of California dismissed. See Rule 39.8.

**No. 10-7029. Thelma Williams, Jr., Petitioner v. Barbara Smallwood, et al.**

562 U.S. 1129, 131 S. Ct. 914, 178 L. Ed. 2d 740, 2011 U.S. LEXIS 499.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

**No. 10-7082. Louis David Johnson, Jr., Petitioner v. Dean Velmer, et al.**

562 U.S. 1129, 131 S. Ct. 916, 178 L. Ed. 2d 740, 2011 U.S. LEXIS 571.

January 10, 2011. Motion of petitioner for leave to proceed in forma pauperis